FILED BY ___ D.C.

05 JUL -5 PM 4:41

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ___ D.C.

05 JUL -5 AM 11:48

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

PHILIP WORKMAN )
)
)
Petitioner )   No. 94-2577-BBD
)
v. )
)
RICKY BELL, Warden )
   Riverbend Maximum Security )
   Institution )
)
Respondent. )

## MOTION FOR STATUS CONFERENCE

On June 23, 2005, the Supreme Court decided Gonzalez v. Crosby, 545 U.S. ___ (2005), which addresses the scope of relief from judgment which is available in habeas corpus proceedings. In particular, *Gonzalez* emphasizes that relief is available when the integrity of the initial habeas proceeding was compromised. Like Judge Cole's opinion in Alley v. Bell, 405 F.3d 371, 372-373 (6th Cir. 2005)(Cole, J., concurring), *Gonzalez* clearly indicates that Philip Workman has a valid motion for relief pending before this Court. In addition, in light of *Gonzalez*, the Supreme Court has vacated and remanded the Sixth Circuit's decision in In Re Abdur'Rahman, 392 F.3d 174 (6th Cir. 2004)(en banc). See Bell v. Abdur'Rahman, 545 U.S. ___ (June 28, 2005).

In light of these developments, it is appropriate for this Court to set a status conference to discuss further proceedings on Petitioner's motion, including, for example: Briefing by the parties of the implications of *Gonzalez*; The need for additional pleadings, filings or motions by the parties; discovery; and a hearing in this matter.

The motion for status conference should be granted.

**MOTION GRANTED**
DATE: 7-05-2005

*[signature]*
BERNICE BOUIE DONALD
U.S. DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 58 and/or 79(a) FRCP on 7-11-05

Respectfully Submitted,


Christopher M. Minton
Paul R. Bottei
Office of the Federal Public Defender
Middle District of Tennessee
810 Broadway, Suite 200
Nashville, Tennessee 37203
(615) 736-5047
FAX (615)736-5265

_____
Paul R. Bottei


## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing has been served via first-class mail upon counsel for Respondent, Joseph Whalen, Office of the Attorney General, 425 Fifth Avenue North, Nashville, Tennessee 37243, this /5/ day of July, 2005.

_____
Paul R. Bottei

2

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 172 in case 2:94-CV-02577 was distributed by fax, mail, or direct printing on July 11, 2005 to the parties listed.

---

Joseph F. Whalen
OFFICE OF THE ATTORNEY GENERAL
P.O. Box 20207
Nashville, TN 37202--020

Gerald L. Thornton
CITY ATTORNEYS OFFICE
125 N. Main Street
Rm. 314
Memphis, TN 38103

John W. Pierotti
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Christopher M. Minton
ASSISTANT FEDERAL PUBLIC DEFENDER
810 Broadway
Ste. 200
Nashville, TN 37243

Robert L. Hutton
GLANKLER BROWN, PLLC
One Commerce Square
Suite 1700
Memphis, TN 38103

Brent Owen Horst
LAW OFFICE OF BRENT HORST
1215 7th Avenue North
Nashville, TN 37208

Marjorie Bristol
OFFICE OF THE POST CONVICTION DEFENDER
530 Church Street
Ste. 600
Nashville, TN 37243

Paul R. Bottei
OFFICE OF THE FEDERAL PUBLIC DEFENDER
810 Broadway
Ste. 200
Nashville, TN 37203

Saul C. Belz
GLANKLER BROWN
One Commerce Sq.
Ste. 1700
Memphis, TN 38103

Honorable Bernice Donald
US DISTRICT COURT